[No. 6018-3-II.   Division Two.   July 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. EMMANNUEL
ADEBOWALE ADESAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 81-1-00481-4, Thomas L. Lodge, J., entered

November 25, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.